ORIGINAL

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2005 JUN 23 PM 12: 14

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| DEANDRA ELLIS CLARK, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CV 103-145 |
| | ) | (Underlying CR 302-004) |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Petitioner's § 2255 motion is **DENIED**, this civil action is **CLOSED**, and a final judgment is **ENTERED** in favor of the Respondent.

SO ORDERED this 28th day of June, 2005, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE

# United States District Court
## Southern District of Georgia

CLARK )

vs ) CASE NUMBER CV103-145/CR302-004

U.S.A. ) DIVISION AUGUSTA/DUBLIN

The undersigned, a regularly appointed and qualified deputy in the office of the Clerk of this district, while conducting the business of the Court for said division, does hereby certify the following:

1. Pursuant to the instructions from the Court and in the performance of my official duties, I personally placed in the United States Mail a sealed envelope, and properly addressed to each of the persons, parties or attorneys named below; and

2. That the aforementioned enveloped contained a copy of the document dated 06/28/05, which is part of the official record of this case.

Date of Mailing: 06/28/05

Date of Certificate [X] same date, or _____

Scott L. Poff, Clerk

By: Joe Howell, Deputy Clerk

Name and Address

DEANDRA ELLIS CLARK SERVED @ PRISON ADDRESS
AMY LEE COPELAND

[ ] Copy placed in Minutes
[X] Copy given to Judge
[X] Copy given to Magistrate